IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

TIMOTHY M. GOFF,

        Petitioner,

    v.

D. MILLS,

        Respondent.

Civil No. 08-1077-BR

ORDER

BROWN, Judge.

    IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal Without Prejudice of Petition for Writ of Habeas Corpus (#23) is GRANTED.

    IT IS SO ORDERED.

    DATED this  7th  day of October, 2009.

                              /s/ Anna J. Brown
                              ANNA J. BROWN
                              United States District Judge

1 - ORDER -